# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**CHRISTIAN JAMAR HAMPTON**                                                              **PLAINTIFF**
**ADC #162105**

**v.**                              **NO. 4:16CV00567 SWW**

**JILL KAMPS, Deputy Prosecuting Attorney;**
**LESLIE BORGOGNONI, Public Defendar**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th of August, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE